**EJ-100**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
P.C.LIANG- ASSIGNEE OF RECORD
556 S FAIR OAKS AVE., STE 101-577
PASADENA CA 91105

TEL NO.: 435 527 5270      FAX NO. (optional):
E-MAIL ADDRESS *(Optional):*

[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [x] ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 255 E TEMPLE ST
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES 90012
BRANCH NAME: EDWARD R ROYBAL

**FILED**
CLERK, U.S. DISTRICT COURT
8/14/24
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

PLAINTIFF: GORDON P JONES, CHAPTER 7 TRUSTEE
DEFENDANT: COPE-LAND TOURING INC

CASE NUMBER: 2:24-CV-00265-PSG-MAA

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[x] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [x] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   GORDON P. JONES, PO BOX 600459, JACKSONVILLE, FL 32260

3. Full name and address of assignee of record, if any:
   P.C.LIANG, 556 S FAIR OAKS AVE., STE 101-577, PASADENA CA 91105

4. Full name and address of judgment debtor being fully or partially released:*
   Cope-Land Touring,Inc.,Attn: Clarence Greenwood, President, c/o Michael Leonard, 11900 W. Olympic Boulevard , Suite 410, Los Angeles California 90064
   Cope-Land Touring, Inc., Attn: Clarence Greenwood,President, c/o EResidentAgent, Inc, 11900 W. Olympic Boulevard , Suite 410, Los Angeles California 90064.

5. a. Judgment entered on *(date):* 11/08/2018
   b. [ ] Renewal entered on *(date):*

6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|
   | | | |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 8/14/24

▶ *(signature)*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**   Page 1 of 1

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]  [Save this form]  [Clear this form]